JoAnn Hershman, *Appellee,* v. Stephen Hershman, *Appellant.*

No. 47,506

Opinion filed December 7, 1974.

*George A. Lowe,* of Olathe, argued the cause and was on the brief for the appellant.

*James W. Bouska,* of Olathe, argued the cause and was on the brief for the appellee.

Fontron, J. Affirmed.